**No. P67/318.**—Frank P. Dow Co., Inc., and Lafayette Brass Mfg. Co., Inc. *v.* United States, protests 59/3581 and 59/9290 (Los Angeles).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

**No. P67/319.**—Gold Win Tool & Hardware Co. *v.* United States, protest 66/60957 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P67/320.**—H. H. Elder & Co. and J. E. Derenne, Ltd. *v.* United States, protest 62/15898 (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of sewing machine motors similar in all material respects to those the subject of *ACEC Electric Corp.* v. *United States* (55 Cust. Ct. 138, C.D. 2563), the claim of the plaintiffs was sustained.